JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, et al., <br><br>　　　　　Plaintiffs, <br><br>　　　v. <br><br>BIG TV, INC., <br><br>　　　　　Defendant. | Case No. LACV 20-4290 VAP (JPRx) <br><br>**DEFAULT JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order Granting Plaintiffs' Motion for Default Judgment issued herewith, judgment is hereby entered in favor of Plaintiffs Board of Directors of the Motion Picture Industry Pension Plan, Board of Directors of the Motion Picture Industry Individual Account Plan, and Board of Directors of the Motion Picture Industry Health Plan and against Defendant Big TV, Inc.

///

///

Pursuant to this Default Judgment, Defendant shall pay Plaintiffs $7,497.32 for delinquent contributions, $3,934.16 in interest, $3,934.16 in liquidated damages, $2,325.00 in audit costs, $7,206.00 in attorneys' fees, and $464.50 in costs, plus post-judgment interest as provided by statute.

**IT IS SO ORDERED.**

Dated:   8/5/2020

_____
Virginia A. Phillips
United States District Judge